`BEFORE: A. Kathleen Tomlinson, USMJ   DATE: 8-1-2018   TIME START: 2:31 p.m. (35 minutes)

## CRIMINAL CAUSE FOR ARRAIGNMENT / INITIAL APPEARANCE

DOCKET #: CR-18-394-SJF-AYS             CAPTION: USA v. DRAGO

DEFENDANT: John Drago            Deft. #1    COUNSEL: David Siegal
__X__ Present ____ Not Present   __X__ In custody ____ Bail        ____ CJA  __X__ Retained  ____ Federal Defenders
                                 ____ Self Surrender

GOVERNMENT: Burton Ryan                        COURT REPORTER: N/A

INTERPRETER: N/A (sworn) Language -            COURTROOM DEPUTY: MVR

PRETRIAL REPORT PREPARED BY: Mallori Brady, present

FTR: 2:31-3:06

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 01 2018
LONG ISLAND OFFICE

__X__ Case called.

__X__ Defendant(s) arraigned on Count(s) **1, 2, 3, 4 through 8**, of the **Eight (8)** Count Indictment.

__X__ Defendant(s) initial appearance.

__X__ Defendant(s) waives further public reading and pleads not guilty to Count(s) **1, 2, 3, 4 through 8**, of the **Eight (8)** Count Indictment.

____ Preliminary Hearing waiver executed.

__X__ **Speedy Trial Order** Information: Code Type: X-
         Start Date: 8-01-2018 XSTART
         Stop Date: 9-28-2018 XSTOP

____ Waiver of Speedy Indictment executed: Time excluded from _____ through _____

__X__ Order Setting Conditions of Release and Bond executed for defendant. Special conditions apply. SEE BOND for details.

____ Temporary Order of Detention entered for defendant (s):

____ Detention Hearing scheduled for: _____

____ Bail Hearing scheduled for: _____ at _____

____ Permanent Order of Detention entered for defendant.

__X__ Status Conference set for: **9-19-2018 at 11:15 a.m. before District Judge Sandra J. Feuerstein.**

____ Defendant continues on Bond. Conditions remain the same.

____ Defendant remains in custody.

__X__ Defendant released on bond.

**OTHER:** Mr. Siegal states that he is retained by defendant for today's arraignment purposes only.
Court advises suretor, defendant's wife, present in courtroom, of the conditions and risks of signing the bond. Suretor acknowledges and signs bond. Defendant signs on bond as a suretor. Additional suretor, defendant's mother or sister to appear and sign bond on or before August 10, 2018. Guns owned by defendant to be turn over to local precinct.

N:\CRIMINAL CALENDARS AND FORMS\ARRAIGNMENT-drago-8-1-2018-CR-18-394-SJF-AYS.wpd