# EASTERN DISTRICT OF NEW YORK
# CRIMINAL CAUSE FOR BOND SIGNING

**BEFORE: A. KATHLEEN TOMLINSON**  **DATE: 8-2-2018**
**UNITED STATES MAGISTRATE JUDGE**  **TIME: 2:54 p.m. (10 minutes)**

**DOCKET #: CR-18-394-SJF-AYS**

**CAPTION:** _USA v. Drago_

**DEFENDANT: John Drago       Deft. 1**       ATTORNEY: David Siegal (Ret.)
____ PRESENT   _X_ NOT PRESENT            ___ present   _X_ not present
____ IN CUSTODY  _X_ ON BOND

AUSA: Burton Ryan
       present       X not present

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 02 2018 ★

LONG ISLAND OFFICE

COURTROOM DEPUTY: Mary Ryan

FTR: 2:54-3:04

INTERPRETER   N/A   LANGUAGE: _____

_X_ CASE CALLED.

OTHER: Suretors, Charles and Mary Picchiello, present in courtroom to sign bond. Court reviews conditions and advises of risks of signing bond. Suretors acknowledge and sign bond.