CRIMINAL CAUSE FOR STATUS CONFERENCE:
BEFORE JUDGE FEUERSTEIN          September 25, 2018          TIME: 30 MINUTES

CASE #: CR-18-394

CASE TITLE: USA v. Drago

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2018 ★

LONG ISLAND OFFICE

DEFT NAME: John Drago                    #1
 x present                                not present          cust.    xbail

DEFENSE COUNSEL: David Siegel
 X present    not present          CJA    RETX    FEDERAL DEFENDERS

A.U.S.A.: B. Ryan                         CLERK: BMM

COURT REPORTER: M. Steiger                OTHER:_____
INT:   (LANG.-         )

 X    CASE CALLED.

 x    DEFT APPEARS WITH COUNSEL.

____  DEFT APPEARS WITHOUT COUNSEL.

____  COUNSEL PRESENT WITHOUT DEFT

____        STATUS CONF/HRG FOR DEFT   ADJ'D TO _____.

____        STATUS CONF/HRG FOR DEFT HELD.

____        JURY SELECTION SET FOR __ BEFORE J. FEUERSTEIN

____        PARTIES CONSENT TO MAGISTRATE.

____        TRIAL SCHEDULED FOR   Immediately following the jury selection  .

 X          **SPEEDY TRIAL** INFO FOR DEFT _____STILL IN EFFECT
       CODE TYPE: Complex          START 9/25/2018    STOP 2/19/2019
          x  In the interest of justice as stated on the record, and with consent of the parties.

-

____        TELEPHONE STATUS CONF/HRG CONT'D TO_

__   Motion Hearing CONTINUED FOR

____  DEFT ____SWORN        ____ARRAIGNED        ____INFORMED OF RIGHTS

____  WAIVES TRIAL BEFORE DISTRICT COURT

____        DEFT ENTERS **GUILTY PLEA** TO CTS OF THE INFORMATION.

_____    COURT FINDS FACTUAL BASIS FOR THE PLEA.

_____    **DEFT REQUESTS RETURN OF PROPERTY:**    _____ **ORDER FILED.**

_____    SENTENCING TO BE SET BY PROBATION.

OTHER:   A further status conference is scheduled before Judge Feuerstein on 2/19/19 at 11:15 am. The government makes an oral motion on the record to declare this case complex which is Granted on the record.   Case is designated COMPLEX.   Defendant to file motion by 11/16/2018.   Government to file opposition by 12/7/2018.   Defendant to file reply by 12/17/2018,