

**David M. Siegal**
212 692 6281
dmsiegal@mintz.com
mintz.com

MINTZ

Chrysler Center
666 Third Avenue
New York, NY 10017
212 935 3000
212 983 3115 fax

October 2, 2018

**VIA ECF**
Hon. Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Chamber's Copy
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 03 2018 ★

LONG ISLAND OFFICE

Re:   *United States v. John Drago*, Case CR-18-394-SJF-AYS

Dear Judge Feuerstein:

I am counsel to the defendant, John Drago. Pursuant to the Court's August 1, 2018 Order Setting Conditions of Release and Appearance, Mr. Drago's travel pending trial is currently restricted to the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut, absent Court permission.

We write respectfully to request the Court's permission for Mr. Drago to travel to Hershey, Pennsylvania on October 6, returning to Long Island on October 8. Mr. Drago's daughter, Gabriella, is turning twelve years old and Mr. Drago's family is hoping to celebrate together by taking her to Hershey Park for the weekend.

The Government and Pretrial Services have both informed me it they no objection to the granting of this request.

Order

The application is ✓ granted.
            ___ denied.
            ___ referred to the Magistrate Judge.

Respectfully,

David M. Siegal

s/ Sandra J. Feuerstein
10/3/2018

## Motions
2:18-cr-00394-SJF USA v. Drago

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Siegal, David on 10/2/2018 at 2:14 PM EDT and filed on 10/2/2018

**Case Name:** USA v. Drago
**Case Number:** 2:18-cr-00394-SJF
**Filer:** Dft No. 1 - John Drago
**Document Number:** 17

**Docket Text:**
**Letter MOTION to Travel by John Drago. (Siegal, David)**

**2:18-cr-00394-SJF-1 Notice has been electronically mailed to:**

Amanda Asaro     abasaro@mintz.com, docketing@mintz.com

Burton T. Ryan , Jr     burton.ryan@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

David M. Siegal     dmsiegal@mintz.com, docketing@mintz.com

**2:18-cr-00394-SJF-1 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/2/2018] [FileNumber=13225275-0]
[99eb49c3233e02b873545a1c2e345085a51057db3262204684da1949a74c91a3302f
bd65dae73d080f58984750a5c170c1b78cd1e3347cbdb2e924efd89b8202]]