

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

BTR
F. #2012R01500

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 20, 2018

**Via FedEx**

David M. Siegal, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017

> United States v. John Drago
> Docket No. 18 CR 394(SJF)

Counsel,

    This letter provides, pursuant to your email requests, additional discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  The items are addressed seriatim. Please be advised that:

    Bill of Particulars. The government will include sufficient facts to assist you in ascertaining an appropriate defense, the submission will be included in our response to your scheduled motion.

    Mr. Dragos' Cell.  A copy of affidavit in In Re Search Warrant: Black Samsung Galaxy S9 Mobile Phone, 18 MJ 713(AKT) has been provided you by email on November 15, 2018, as you had difficulty obtaining it from the Court Clerk.  The IRS , in the absence of a password or fingerprint from the defendant, continue to attempt to obtain electronic access in order to search the phone.

    Based on your submission of an IRS BSA exam of Kayla from July 26, 2017, which was received from you by email October 9, 2018, the government withdraws its comment made on our last letter that we have not received any documents from the defense, which overlooked the receipt of that report.

      Copies of IRS BSA audits of the defendant's check cashing companies, are enclosed in electronic form and include Bates Stamps Nos. DRAGO-000143 though DRAGO-002501.

      Computer Data: Data from the seized computers, including customer accounts will be used during any upcoming trail.  Exhibits, 3500 material, and witnesses lists, as it our practice will be provided a week to 10 days prior to jury selection, if not sooner.

      If you have any further questions, the agents and I are available to meet with you and your client to review the evidence.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    s/
     BURTON T. RYAN, JR.
     Assistant U. S. Attorney
     (631) 715-7853

Enclosure

cc: Clerk of the Court (SJF) (w/o enclosures)