

U.S. Department of Justice

United States Attorney
Eastern District of New York

ALB:BTR:BTK  
F. #2012R01500

*610 Federal Plaza*  
*Central Islip, New York 11722*

September 20, 2019

By Hand and ECF

Honorable Sandra J. Feuerstein  
United States District Judge  
Eastern District of New York  
1014 Federal Plaza  
Central Islip, New York 11722

       Re:    <u>United States v. John Drago, 18-CR-394 (SJF)</u>

Dear Judge Feuerstein:

      The government writes in anticipation of the above-captioned case's September 23, 2019 status conference, which follows the Honorable Anne Y. Shields's September 10, 2019 Report and Recommendation concerning the defendant's suppression motion. The Report and Recommendation concluded that the items seized from the defendant's business premises during the execution of an August 6, 2013 Search Warrant (the "Search Warrant") should be suppressed. Although objections to the Report and Recommendation are due by September 25, 2019, the government does not intend to file objections.

      Set forth below is the government's plan for the return of the defendant's physical records that were seized during the Search Warrant and the destruction of electronic records that were imaged during it. In addition, as described below, in light of the recent suppression of the Search Warrant evidence, the government intends to seek a Superseding Indictment within the next two weeks. That Superseding Indictment will contain an additional charge that is not based upon any evidence seized during the Search Warrant and it will expand upon the description and scope of the conduct charged in the present Indictment. If the grand jury issues the proposed Superseding Indictment, the government will provide the defendant with discovery related to new allegations contained in it within thirty days of its issuance.

<u>Return of Seized Evidence</u>

      The government is prepared to return to the defendant and his counsel any items of the defendant's business seized pursuant to the Search Warrant that are in the government's possession. The Internal Revenue Service ("IRS") will arrange to return the original books and records seized from Kayla Check Cashing pursuant to the Search Warrant. Copies of electronic digital records imaged from Kayla's business computers which were made during

the execution of the Search Warrant will be destroyed, pursuant to IRS protocols. The government believes that process of returning the seized physical materials and destroying the copies of the imaged electronic material can be completed by September 30, 2019.

The Proposed Superseding Indictment and Additional Discovery

As the government has repeatedly informed the defendant, the suppression and return of the seized material is not dispositive of the charges pending against him. Indeed, the government's review of evidence excluding the now-suppressed seized materials demonstrates that the charges against the defendant can be established without reference to any of the material obtained from the execution of the Search Warrant.

Nonetheless, after further evaluation, following the recent suppression of the Search Warrant evidence, the Government intends to seek a Superseding Indictment that does not depend upon any materials seized during the Search Warrant to expand the scope of conduct already charged and to add an additional charge. The government anticipates obtaining a Superseding Indictment within the next two weeks and providing discovery concerning it to the defendant within a month from today. Should the grand jury issue the proposed Superseding Indictment, the government also intends to file motions in limine after the Superseding Indictment is issued.

Because of the proposed Superseding Indictment, the government respectfully requests that the Court set a motion schedule, requiring the defendant to submit any motions related to the Superseding Indictment by December 20, 2019, that the government's response be due on January 31, 2020 and that the defendant's reply, if necessary, be due on February 21, 2020.

Thank you for your consideration.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
Burton T. Ryan, Jr.
Bradley T. King
Assistant U.S. Attorneys
(631) 715-7900

cc: David Siegal & Amanda Asaro, Esqs. (by E-mail and ECF)