# CRIMINAL CAUSE FOR STATUS CONFERENCE:
BEFORE JUDGE FEUERSTEIN    September 23, 2019    TIME: 30 MINUTES

CASE #:    CR- 18-394

CASE TITLE:    USA v.Drago

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2019 ★

LONG ISLAND OFFICE

DEFT NAME: John Drago      #1
__x__ present __ not present      ___ cust. __x__ bail

DEFENSE COUNSEL: David Siegel and Amanda Assaro
__X__ present __ not present      ___ CJA ___ RETX ___ FEDERAL DEFENDERS

A.U.S.A.:    B. Ryan and B. King      CLERK: BMM

COURT REPORTER: PL      OTHER: ___
INT: ___ (LANG.- ___ )

__X__ CASE CALLED.

__x__ DEFT APPEARS WITH COUNSEL.

____ DEFT APPEARS WITHOUT COUNSEL.

____ COUNSEL PRESENT WITHOUT DEFT

____      STATUS CONF/HRG FOR DEFT    ADJ'D TO _____.

____      STATUS CONF/HRG FOR DEFT HELD.

____      JURY SELECTION SET FOR __ BEFORE J. FEUERSTEIN

____      PARTIES CONSENT TO MAGISTRATE.

____      TRIAL SCHEDULED FOR    Immediately following the jury selection .

__X__      **SPEEDY TRIAL** INFO FOR DEFT __x__ STILL IN EFFECT
     CODE TYPE: Complex      START 9/23/2019      STOP 10/22/2019
     ____ In the interest of justice as stated on the record, and with consent of the parties.

____      TELEPHONE STATUS CONF/HRG CONT'D TO_

__ Motion Hearing CONTINUED FOR

____ DEFT ____ SWORN ____ ARRAIGNED ____ INFORMED OF RIGHTS

____ WAIVES TRIAL BEFORE DISTRICT COURT

____      DEFT ENTERS **GUILTY PLEA** TO CTS OF THE INFORMATION.

____      COURT FINDS FACTUAL BASIS FOR THE PLEA.

_____    **DEFT REQUESTS RETURN OF PROPERTY:**    _____ **ORDER FILED.**

_____    SENTENCING TO BE SET BY PROBATION.

OTHER:    Rulings placed on the record and order from the Court to be issued.