Eastern District of New York
**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 14 2020 ★
LONG ISLAND OFFICE

## APPLICATION FOR WRIT OF HABEAS CORPUS
### UNITED STATES DISTRICT COURT

**UNITED STATES OF AMERICA**
- against -

John Drago

*Defendant.*

☒ 18 CR00394-02
☐ Criminal Miscellaneous

The undersigned ☒ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ☐ ad prosequendum ☒ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): Demetrios Boudourakis, DOB January 28, 1974 NYSID# 07944428Y

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☐ Warden,
☒ Other: Suffolk County Correctional Facility 100 Center Drive Riverhead, New York 11901
*[Specify title of custodian and name and location of detention facility]*

3. Detainee is ☐ charged in this district by ☐ Indictment ☒ Information ☐ complaint with, OR ☐ was convicted in this district of, violating Title ____, U.S.C. § ____, OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on January 27, 2020, at 11 o'clock a M ☒ in Courtroom Number ____, OR ☒ before the Federal Grand Jury sitting in Room Number 610, of the United States Courthouse for this district, for ☐ arraignment ☐ plea ☐ trial ☐ sentencing ☐ in re a motion pursuant to 28 U.S.C.§ 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding ☐ other purpose(s), specifically ____

Sworn to before me this
13th day of January, 2020
DEJAH T. TURLA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TU6309743
Qualified in Suffolk County
My Commission Expires August 18, 2022

☒ Assistant United States Attorney
Eastern District of New York
☐ Special Assistant United States Attorney

**WRIT OF HABEAS CORPUS**
☐ Ad Prosequendum ☒ Ad Testificandum ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: Central Islip, New York
January 14, 2020

Douglas C. Palmer
CLERK E.D.N.Y.
(Deputy Clerk)

s/ Steven I. Locke
U.S.M.J.

## SATISFACTION OF WRIT

The undersigned ☐ Assistant United States Attorney ☐ Special Assistant United States Attorney hereby requests that the instant writ of habeas corpus be satisfied and that the United States Marshal for the district be authorized and directec to return the named detainee to the above identified custodian.

Dated: ................, New York
.................., 20..........

...............................................

☐ Assistant United States Attorney
Eastern District of New York

☐ Special Assistant United States Attorney

SO ORDERED:

...............................................
U.S. M .J.

Dated: ..................., New York
.................., 20..........

CRIMINAL ACTION NO.:

UNITED STATES DISTRICT COURT
_______ DISTRICT _______

UNITED STATES OF AMERICA

- against -*Defendant.*

**WRIT OF HABEAS CORPUS**

UNITED STATES ATTORNEY

**Marshal's Return**

**INTERIM ORDERS OF THE COURT**

☐ The detainee having been produced pursuant to the within Writ, the United States Marshal for this district is directed to

...............................................

...............................................

☐ Other:

...............................................

...............................................

DATED:

...............................................
U.S. M. J.