

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BTR/BTK
F. #2018R01591

*610 Federal Plaza*
*Central Islip, New York 11722*

March 16, 2020

By ECF and E-mail

The Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re: United States v. John Drago,
           18-CR-394 (S-1) (SJF)

Dear Judge Shields:

      This case has been referred to the Court for consideration of the defendant's motion for an independent source hearing. The government writes to inform the Court that it will consent to such a hearing and that the parties have agreed to schedule the hearing on April 14, 2020, at 10 a.m., when they believe that the Court is available. In advance of the hearing, the government will provide the defendant with appropriate disclosure concerning the independent source of the evidence that is the subject of the hearing and communications related to that evidence.

                           Respectfully submitted,

                           RICHARD P. DONOGHUE
                           United States Attorney

           By:    /s/
                 Burton T. Ryan, Jr.
                 Bradley T. King
                 Assistant U.S. Attorneys
                 (631) 715-7900

cc: Anthony Capozzolo, Esq. (by E-mail)