

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BTK
F. #2018R01591

*610 Federal Plaza*
*Central Islip, New York 11722*

July 26, 2021

<u>By ECF</u>

The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: United States v. John Drago
     <u>18-CR-394 (S-1)(GRB)   </u>

Dear Judge Brown:

  In response to the Court's inquiry at the July 20, 2021 status conference, the government has reviewed its motions in limine, which were filed under seal on February 5, 2020, and determined that they are ripe for decision.  As further information, since the status conference, the parties have continued to engage in plea discussions.

         Respectfully submitted,

         JACQUELYN M. KASULIS
         Acting United States Attorney

    By: <u>/s/Bradley T. King     </u>
       Bradley T. King
       Burton R. Ryan, Jr.
       Assistant U.S. Attorneys
       (631) 715-7900

cc: Anthony Capozzolo & Jason Berland, Esqs. (by ECF and E-mail)