

August 2, 2021

**VIA ECF AND ELECTRONIC MAIL**

Honorable Gary Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

   Re: *United States v. John Drago*
      18-CR-394 (S-1)

Dear Judge Brown:

  The defendant, John Drago, by counsel, submits this letter, with regard to the status of any outstanding motions *in limine* filed by the defense in this matter and to update the Court on the status of this matter more generally.

  Regarding the defense motions *in limine*, those motions remain unresolved and were filed on January 28, 2020 (Dkt. Entry No. 96) and, should the matter proceed to trial, this motion would need to be resolved prior to trial.

  As to the status of this matter more generally, the parties have been involved in substantive, productive plea negotiations and believe that an agreement can be reached that will greatly conserve judicial resources in this matter (regarding both the motions *in limine* and a possible trial).  We expect to advise the Court next week as to the result of these negotiations. We provide this information as a courtesy to the Court to the extent it may assist in determining how the Court might devote any of its resources during this brief period well before the next scheduled status conference, now set for September 9.

  As stated, I will provide the Court with a follow-up status report next week.

              Sincerely,

               /s/
              Anthony M. Capozzolo