**CRIMINAL CAUSE FOR In-Person Conference**

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 9/9/2021

**DOCKET No.**  CR- 18-394 (S-1)

| | |
|---|---|
| **DEFENDANT:** JOHN DRAGO   **DEF. #** <br> Present on bond | **FILED** <br> **CLERK** <br> 12:01 pm, Sep 09, 2021 |
| **DEFENSE COUNSEL:** Anthony Capozzolo <br> Retained | **U.S. DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** <br> **LONG ISLAND OFFICE** |

**A.U.S.A.**:     King, Bradley    and Burton Ryan
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Fred Guerino          MAGISTRATE DEPUTY: KM

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (~Util-Plea Entered)    ☐ Initial Appearance
- ☐ Telephone Conference    ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary    ☐ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☐ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
- ☐ Defendant waives public reading.

☒ Defendant is sworn to his statements.

☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement.  Defendant has.

☐ Defendant waives indictment, a waiver is executed.

☒ Defendant withdraws previous plea of not guilty and enters a plea of guilty to count  4 and 8 of the Superseding Indictment.

☒ The defendant explains the offense committed, the Government offers the proof they would

   present to the Court during trial.

☒  The Court finds a factual basis for the plea and accepts it.

☒  Probation notified.
☐  Sentence held in abeyance.
☒  Sentencing date set for 2/11/2022 at 11:00a.m.
☐ Government moves for  Choose an item., argument heard.
☐ Choose an item.:
  ☐ Ruling:
   ☐ Order setting conditions of bond executed.
   ☐ Detention Order executed.
    ☐ Permanent.
    ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☐ OTHER:
☒ Defendant continued:  ☐ in custody ☒ on bond