

December 8, 2021

**VIA ECF AND ELECTRONIC MAIL**

Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *United States v. John Drago*
                18-CR-394 (S-1)

Dear Judge Brown:

      The defendant, John Drago, by counsel, submits this letter, seeking a modification of Mr. Drago's bail conditions to permit him to travel by car to Virginia from December 16 to 21 of this year. We have discussed this matter with the Government, and they have no objection to this request.

      During the proposed time period, Mr. Drago would travel by car to Richmond, Virginia for the purpose of attending a family member's wedding. On December 19, Mr. Drago plans to travel Fredericksburg, Virginia to stay with a close friend. Mr. Drago would return to his home in New York on December 21.

      For both segments of this trip, Mr. Drago has provided the pertinent details of his travel, including address of the hotel and friend's home where he will be staying, to pretrial services and they have no objection to modifying his bail conditions to permit this travel itinerary.

      For these reasons, we respectfully request that this Court order a modification of Mr. Drago's bail conditions to permit travel to Virginia by car from December 16-21 of this year.

                                      Sincerely,

                                      Anthony M. Capozzolo
                                      (212) 897-1970