

Jason H. Berland
212 897 1973
jason.berland@lbkmlaw.com

February 18, 2022

**VIA ECF**

Honorable Gary Brown
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

      Re:    *United States v. John Drago*
                18-CR-394 (S-1)

Dear Judge Brown:

      We represent John Drago, who is scheduled to be sentenced by Your Honor on April 29, 2022.  With the consent of the Government, we respectfully move to adjourn the sentencing to any date after July 1, 2022 that is convenient to the Court.  Mr. Drago is in the process of selling a family home, which will not occur until after the April sentencing date, and the proceeds of said sale will go towards restitution in this matter.

      Thank you for your attention to this matter.

                                Respectfully submitted,

                                Jason H. Berland