

Jason H. Berland
212 897 1973
jason.berland@lbkmlaw.com

April 11, 2022

**VIA ECF**
Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States of America v. John Drago,* **18-CR-394-GRB-AYS-1**

Dear Judge Brown:

The defendant, John Drago, by counsel, submits this letter, seeking a modification of Mr. Drago's bail conditions to permit him to travel to the Dominican Republic from June 1st, 2022 to June 12th, 2022 to attend his nephew's wedding.

Mr. Drago's nephew's wedding will take place on June 4th in the Dominican Republic. It is a destination wedding, and the family will be arriving as early as June 1st and leaving as late as June 12th.

Mr. Drago's Probation Officer, Mallori Brady, has contacted Mr. Drago's sister to confirm the dates of the wedding. Both Agent Brady and AUSA Bradley King consent to Mr. Drago's travel.

Accordingly, we respectfully request that this Court order a modification of Mr. Drago's bail conditions to permit the above-described travel.

Respectfully Submitted,

Jason H. Berland

cc (via ECF):  Agent Mallori Brady
AUSA Bradley King