

**Jason H. Berland**
212 897 1973
jason.berland@lbkmlaw.com

June 1, 2022

**VIA ECF**
Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** *United States of America v. John Drago,* **18-CR-394-GRB-AYS-1**

Dear Judge Brown:

We represent John Drago, who is scheduled to be sentenced by Your Honor on July 8, 2022. With the consent of the Government, we respectfully move to adjourn the sentencing to Friday, October 21, 2022, if that date is convenient to the Court.

Mr. Drago is in the process of selling a family home, which will not occur until after the July sentencing date, and the proceeds of said sale will go towards restitution in this matter. In addition, the later sentencing date will provide counsel for Mr. Drago with necessary time to prepare his response to the Probation Report. As mentioned above, the Government consents to this request.

Thank you for your attention to this matter.

Respectfully Submitted,

Jason H. Berland