

Jason H. Berland
212 897 1973
jason.berland@lbkmlaw.com

July 18, 2022

**VIA ECF**
Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States of America v. John Drago,* **18-CR-394-GRB-AYS-1**

Dear Judge Brown:

    The defendant, John Drago, by counsel, submits this letter seeking a modification of Mr. Drago's bail conditions to permit him to travel to Hershey, Pennsylvania from July 23, 2022 to July 24, 2022 to visit the Hersheypark theme park with a group of people as part of his birthday celebration.

    If permitted to travel, Mr. Drago would stay at the Fairfield Inn & Suites, Hershey Chocolate Avenue, 651 West Areba Avenue, Hershey PA 17033 on the night of July 23rd.

    Mr. Drago has informed his Probation Officer, Agent Mallori Brady, and AUSA Bradley King of his travel plans. Both Agent Brady and AUSA King consent to Mr. Drago's travel.

    Accordingly, we respectfully request that this Court order a modification of Mr. Drago's bail conditions to permit the above-described travel.

                                                    Respectfully submitted,

                                                    Jason H. Berland

cc (via ECF):  Agent Mallori Brady
                     AUSA Bradley King