# Exhibit B

Dear your Honor,

My name is Gary Slavin and I am writing to you on behalf of John Drago.

I have known John Drago for over ten years as a client. I am in the insurance and financial service business. In my business you get to know a lot of people and what is important to them and shall I say their "business ethics". John always stood out in a good way with his business ethics or in always trying to do the right thing.

For example, when we were preparing the documents for a company 401k plan, he wanted to make sure he understood how his employees would benefit from the plan. He was concerned about the company match; his options were to only give the employees that defer into the plan a match or do a non-elective contribution for each eligible employee. He chose to give an 3% non-elective contribution to everyone. Most employers chose the other because it is less expensive to the company.

I got to know the employees by enrolling them into the 401k plan. During that time, I heard from several employees that John also helped them when they ran into money trouble due to family emergencies. But that all stopped when the government brought these charges against him which forced the end of his business and the employees lost their jobs.

John threw all of this has had a positive outlook and became a pray full man. Hoping for the best outcome for his family and himself.

Your Honor I hope you take into consideration all John's acts of kindness, and as a businessman his always trying to do the right thing when you sentence him because the sentence is just not on him but on his family.

Thank you in advance for your consideration of leniency on behalf of John Drago.

Sincerely,

Gary Slavin

Dear Honorable Judge Brown,

My name is Sara Castaneda of Fredericksburg, Virginia. I have served as a pastor with Iglesia Cristiana Horeb for over 6 years and have upheld my own cleaning company, Sara's Cleaning, for about 5 years.

I have known John A. Drago through my friendship with his wife, Victoria Drago, for approximately 11 years. I can attest to John's righteous character due to his respect, patience, and generosity. John has proven himself to be selfless and place others' needs before his own. Furthermore, he is an exemplary father and husband who loves his family unconditionally. My children and I deeply admire the courage and empathy we have seen in John.

During a difficult period of me and my children's life, John demonstrated his compassion and giving heart. My children and I used to live in a basement which flooded when Hurricane Sandy, in 2012, affected New York. John was kind and offered his home, until we were financially stable to move, for us to have a safe place to stay. John opened his home to us for about nine months until we moved out of the state of New York to Virginia. Despite having family members who could help us during this hard time in New York, none offered as much aid and care as John. To this day, we thank John and his family for being so kind and loving towards us even when many were not.

I truly believe John is a man with good morals who has a compassionate heart and is willing to do anything to help others. I know this circumstance will also allow John to grow personally and extend his help for those in his family, friends, and even his community.

Thank you so much for your consideration of this letter.

Sincerely,

Sara Castaneda

February 4, 2022

The Honorary Judge Gary Brown

United States Courthouse (Eastern District of New York)

100 Federal Plaza. Central Islip, New York, 11722

My name is Diana Vasili-Acevedo and I voluntarily provide a character reference on behalf of John Drago. I was troubled and surprised to learn back in 2018 that he had been arrested for financial crimes since the accusations are discordant with the decent person I have the pleasure to know. I met him seventeen years ago when I started working at Kayla Check Cashing and his family and ours have become close over the years.

While working with him I always recognized him to be a man with integrity that was proud to have worked hard to build his business and even more proud to be an American Citizen.

After about a year of working at Kayla Check Cashing, I graduated from my master's on Electrical Engineering and started my career at GE Healthcare where I have worked until this day. However, John's wife Victoria and I remained friends and with time our families bonded.

John is a good man, and this has been obvious to me for the past seventeen years. He has always been more than willing to help anyone that needs it, he is very religious and is a responsible son, brother, father, and husband. There is not a time we get together that he doesn't mention his mom who has been diagnosed with dementia and fully relies on him, always speaking lovingly of the challenges that come with taking care of an aging parent. John is also extremely proud to have served in the United States Army as a 1st Lieutenant and often talks of his unconditional love for his family and his country.

I understand the distressing circumstances that John is facing and have seeing how this process has deeply affected not only him but his loved ones, especially his wife and children. I am aware that he made an error of judgement that has brought grave repercussions. His family has been through a lot to try and stay afloat morally and financially throughout the last decade, his youngest daughter witnessed how he was taken out of their home, his reputation has been stained and they have lived with the uncertainty of what is to come. However, John continues to be present for his mom, his wife, his children and anyone that may reach out to him for help.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I am confident that John will continue to be an honorable individual, a valuable member of the community and a good human being.

I wish for John the best outcome on this case knowing that his family needs him by their side, and I am willing to give oral evidence to the court if necessary.

Sincerely,

Diana Vasili-Acevedo

516-281-4215

December 17, 2013

**Dear Hogwarts**

Thank you for been always there for me and for teaching me many great lessons that enriched my life in many ways, because each of you advise me in my youth years and my olders carry me, thank you for supporting me in every aspect of my life in the big ones and the small ones, thank you because through the graves I was always able to find the truth, that I was showing and my mistakes shine for me to notice them and work on them, Thank you for your cooperation and for working with me always as a team, for all the bad incidents I'm grateful too because they teach me how to deal with greater situations, I'm leaving with a footprint of this company in my heart, just like the footprint that a child keeps in their heart of all the teaching that their parents give them, because this has been a school of life for me, I'm hoping that I am as well leaving a lesson of "always do the right thing", (something that I learned from John) because believe me is totally worth it, even on those times that you don't think is easy to do it, as long as you stick to it as a golden rule in your life things will always at the end will work at your favor, I will always carry you in my heart and I'm leaving today the desk but I will be just a phone call away and you can count with me to help in anything during the transition.

My best wishes to all on this holiday season I will surely miss you all and thank you again

Carolina

---

To: John.
Thank you a thousand times for trusting me with your Company for this years. It was the best College, but over everything thank you for always been a Great Boss.

Carolina.

September 9, 2022

Dear Honorable Judge Brown,

My name is Charles Picchiello, and I have been working at UPS for over 25 years. I have been married to my wife, Mary, for over 38 years and I have five grown children. I am writing to you on behalf of my brother-in-law, John Drago.

I have known John since 1982. He had just graduated high school and was starting the ROTC program at John's Hopkins University in Maryland. At that time he was studying to become a doctor. I have always known him to have strong social ethics and a love for this country.

When he was in business, once again, he was very caring to his employees, always willing to lend them a hand, both emotionally and financially. I remember when one of his workers lost a child suddenly and tragically, and when the employee asked to borrow money for the cost of the funeral, John instead paid off the funeral without anyone asking him for help. He has always been a model citizen, to which I am proud to say, my children have looked up to.

John's father passed away five years ago. He and my wife are taking care of their mother. My wife is an RN, working full time. During the height of the pandemic, she worked countless hours taking care of Covid patients. She limited her exposure to her mother to once a week, as to keep her mother protected from the virus. John was always there to help his mom with whatever she needed. Now, five years later, she needs more care and company, as she is 85 and suffering with dementia. Although my wife gives it her all, it is John that now has developed the closer relationship and patience that his mother needs at this time. John even helps my wife get through some of her own frustrations when my mother-in-law has bad days and is more irritable than usual.

I truly know John is a good man, full of compassion and a caring heart. He loves his family, his wife, and his children. He is very active in his community, as well as being involved in his daughter's life as she is in her early years in High School. I also know he is of utmost importance to the care of his aging mother.

I am hoping I gave you a small snapshot of the man I am proud to say is my brother-in-law, and I hope you will take these things into consideration, as well as his importance to those around him, when it comes to sentencing.

Thank you for taking the time to consider my letter.

Charles Picchiello

*Charles Picchiello*

February, 2022

Honorable Judge Brown,

My name is Clark Torres, and I am a proud employee of the United States Postal Service.

I am writing this character reference at the request of John Drago. I believe many would view this request as "unique", as John is the spouse of my ex-wife, and most might think of me as an unlikely person for him to make such a request of. However, over the many years that I have come to know John, I realize that if there was ever one individual who should supervise the development of my daughter during the times that I am not with her, he is by far the best choice.

I don't know the details behind how John got into the situation he is in, but from speaking with my daughter and seeing the values that he and my ex-wife have instilled in her, I have come to believe that John is a good person at heart with a very strong moral character and just as strong faith in his beliefs.

Despite all the difficulties that they have gone through for most of the years that I have known him, John and Vicky have been able to help me develop my daughter into the wonderful young lady that I see today. At no point have their personal struggles ever adversely affected her or deprived her of anything in any noticeable way. ▇▇▇'s sweet sixteen is this coming fall, and together we have jointly been planning to celebrate her special day. Although this is a financial burden for me, I know at this time it is just as much so for them, but as we have all jokingly agreed, although a person might enter into matrimony more times than expected, a young lady only turns 16 once in her lifetime.

Most of the time I only have the chance to speak with John at events such as my daughter's basketball games, or confirmation and communion, or occasionally when I pick her up or drop her off at the end of our visits together, but John has always been very respectful with me and graciously afforded me my proper place in ▇▇▇'s life. I know that together we will make ▇▇▇'s upcoming special day one that she will treasure, and I also know that when the time comes to walk her down the aisle at her wedding, that too will be a very special time that we will all experience together as an extended family.

My daughter, and even society, cannot benefit in any way by John's incarceration for any amount of time, and I do plead on his behalf that your honor have leniency in your upcoming decision.

Once again, I am unfamiliar with what John is accused of doing, but I know the great man and roll model that he is, and I personally feel that he and his loved ones have already more than paid for any possible misconduct over the many years that they have been suffering through this process.

Sincerely,

*[signature]*

Clark Torres

February 3, 2022
The Honorable Judge Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, New York, 11722

Dear Honorable Judge Brown,

My name is ███████████. I am writing this letter in request of leniency in the sentencing of John Drago. I met John Drago about 8 years ago by way of my brother, ███, ███ and John's stepdaughter, ███, were classmates at St. Mary School in East Islip. John is one of the most genuine and loving people that I have ever met. He has gone through a lot in his life, yet throughout it all, he still stays true to his virtues, and relies on both his faith and the people around him to overcome his hardships. He is one of the most optimistic people that I have ever met, and a blueprint for how I should carry myself all throughout my life.

When I first met John, he had this sense of charisma that immediately pulled me towards him. We shared many of the same interests, and he always took the time to get to know me and listen to my thoughts and opinions. During our many get togethers, I was able to see him interact with his family. With each encounter, I was truly able to see how much he loves and reveres each and every one of them. I also know that he has the added responsibility of taking care of his mother, who is sadly suffering from dementia. He is constantly there to check up on her and make sure that she is safe, and that all her needs are met. This year, I had to choose who would be my Confirmation sponsor. Many of my friends had a hard time deciding, but honestly, this was not a difficult decision for me. Picking John was the obvious choice. John Drago is a kindhearted, hardworking, compassionate man, whose inner strength and faith in God, no matter what life has thrown at him, has inspired me, and are qualities that I strive to exhibit throughout my life.

I am able to say with complete certainty and confidence that John Drago has helped to shape the person that I am today. He is one of the most ethical and spiritual people in my life. It is unfortunate that a good, respectful person has had to endure many years of frustration, financial uncertainty, and loss of his business – working hard for a country that he no doubt loves. Despite it all, he has not shown hatred or bitterness, but continues to still stay true to himself and his virtues. My hope is that he can end this chapter and be given the opportunity to use his positivity, compassion, and love to move forward and continue to inspire and touch people's lives, like he has done mine. There are very few people in this world with that ability, and I am so lucky to know this extraordinary man and have him as part of my life.

Sincerely,
█████████████

June 7, 2022
The Honorable Judge Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, New York, 11722

Dear Honorable Judge Brown,

My name is Edwin Ramirez, I came to the United States of America in 1996 with a dream in my mind to start a new life in the most wonderful country in the world. I have been able to achieve the goals I had in mind thanks to hard work, discipline, and the great opportunities the US has provided me. I am the father-in-law of John Drago.

I met John over 14 years ago through my stepdaughter while she was working at John's business. Immediately, I connected well to John due to the way he carried himself with respect and the way he cared for his employees. It was not hard to start liking a man that always takes care of other human beings with respect and kindness.

Our relationship started to grow more closely when he married my stepdaughter, and they went to live together. He would always invite us to spend time with the family, showing us the wonderful person that he is. Over time, I learned about some of the selfless, kind things he did for some of his employees, like helping to pay for the funeral of a family member of one of his employees, helping others with time off or managing their schedule to have time to go to school and better themselves. His relationship with his employees was always close and everyone had good things to say about him.

Now after many years of him been part of my family I can assure you that John is a completely honest, hardworking individual who loves this country like no one else and still does even after losing everything in a court process that has taken over a decade and that I have witnessed very closely through my relationship with him, my stepdaughter and my granddaughter. John's mother, who has dementia, needs him more than ever after his father passed away. John has become the person that takes care of her making sure she has all the medications she needs, fixing, organizing, and maintaining everything around her house, buying her groceries, etc. She has become completely dependent on John, and he has been nothing but supportive in every way imaginable beyond even what many others would do if faced with a similar situation.

As the days get closer to his sentence, I only ask for your mercy and to be sure to consider all of the good factors this man has and that you may see him the way that myself and many others do – a kind, honorable, deeply family-oriented man seeking only to close this chapter and live out his days in peace with his family.

Thank you for your consideration.

Sincerely,
Edwin Ramirez

JoJo, I know you didn't ask me to write a letter to the Judge, but I just thought I should write what I said about you at my sweet sixteen during the candle lighting session.

October 1, 2022
Honorable Judge Brown

Dear Judge Brown,

At my sweet sixteen party, my mom was the first candle, JoJo was the second (that is how important he is to me), and my dad was the third. This is what I said about JoJo for all to hear:

"JoJo, I don't think I could be the young adult that I am today without you. You have been through so much in your life, and yet you always find the time to make other people happy before yourself. You are the strongest person I know, and I really do mean that. No matter what anyone says about you, that will never change the way I see you, because they do not know you as a person. I believe that everything happens for a reason, and you coming into my life was one of the best things that could have happened to me. I want you to know that even though you are not my biological dad, you have always treated me as your own, and I could not be more grateful for that. There are not that many kids who are lucky enough to have a dad, but I am blessed enough to have two dads that care for me and will do anything for me no matter what. Thank you for always listening to me rant about mom to you, and for always helping me with anything I need. Oh, and remember, **Four Dogs Phat!** With that being said, JoJo, would you please help me light my second candle."

Please, your Honor, please be merciful with my dad. He is the kindest person I know. My mother, me, and all of my closest friends and family need him so much in our lives.

Love,

████████████

FROM THE DESK OF

# Jennifer McNally

October 4, 2022

The Honorable Judge Gary Brown
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Brown,

My name is Jennifer McNally and I have had the pleasure of knowing John Drago as a fellow dog lover, neighbor and friend for the past 3+ years.

As a former Suffolk County SPCA Humane Volunteer and current foster mama and rescue volunteer for several local dog rescue organizations, I was thrilled to meet John, a kindred spirit, in my condo community. He had recently adopted a Husky and was regularly outside exercising and socializing his new family member. My foster dog (who I ultimately adopted) became fast friends with John's dog, Dallas. I recognized John immediately as a caring and responsible pet owner, learning the details of his breed's needs, characteristics and temperament. He put in the time to really bond not only with his own dog but also with mine (Deegan), who had been abused and seriously injured prior to coming to my home.

It is believed that dogs are able to sense when someone is a good or bad person. Deegan and I figured out early on that John Drago was not only a good person, but a great one. Post-pandemic when I had to return to work full-time, John not only checked in on Deegan but even took him for play dates in his home. He has become the ONLY person I trust to care for my dog when I can not. John also comes by regularly to help administer allergy shots to Deegan and vaccinations to my current troop of foster pups. It seems they also have complete faith in him to keep them safe and healthy.

More than that, I have gotten to know John as the quintessential family man who loves, listens to and respects his wife and daughter for the strong and caring women that they are. It is obvious how loved and respected he is by his wife Victoria and (step)daughter ▇▇▇▇▇. I was able to witness the most touching moment of love and admiration by his daughter at her recent Sweet 16 birthday party when dancing with her "Dad," John Drago who has supported and raised her as his own since she was just three years old. I also know John to be a kind and loving son to his mother with dementia, proven without question the day I overheard him on the phone gently reminding her that the cat in her house is in fact, her own.

Lastly, I know John to be a great neighbor. He is very sociable, always follows community rules and encourages other to do the same. He is friendly, helpful, respectful and trustworthy. I have watched him help the senior couple next door with several projects and he's always doing his part to spruce up the complex with plants or fresh paint. As a woman living by herself, he makes a point to check in and see if he can assist with anything around my home. He has worked on my defective doorbell camera and even offered to help fix my screen door when it came off the track.

I have truly been blessed to get to know John and his family over the past three years. I am taking the time to write this letter in hopes of offering a fuller picture of who John Drago is as a person. He is a good man who I am lucky to call my friend. He is so important to so many people (and pets) in our community and with his family at home (including Dallas).

Thank you for your time and consideration of my opinion. I am available to confirm these statements should that be necessary.

Sincerely,

*Jennifer A McNally*

Jennifer McNally

**CONTACT**

343 MEDEA WAY | CENTRAL ISLIP | NEW YORK | 11722 | JENNAMC118@YAHOO.COM

September 21, 2022
The Honorable Judge Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Judge Brown,

My name is Linda Gallelli, I am a Spanish teacher in the Islip School District. I have been teaching at Islip High School since 1998. My husband, Marc Gallelli, is a technician at Verizon and has been employed there since 1999. My husband and I have known John Drago since September 2011 when our children were in kindergarten and became friends at St. Mary School in East Islip. My son, ███ and John's stepdaughter, ███ have been best friends ever since kindergarten.

John Drago and my husband Marc both share a love of ponds and fish. That hobby brought them close. They soon began texting each other pictures of the fish, sharing food and hyacinth for the pond. Victoria Drago, John's wife, and I quickly became friends as well. Unbeknownst to me, Vicky's brother was a student of mine years ago. John and Vicky invited my family to their home to celebrate ███'s birthday. We were received with a very warm welcome from them and from their family. At that party it was evident to see the love that John has for his family, not just for Vicky and ███ but for his parents, his sister, and her family, and for his in-laws. John is a family man and goes above and beyond for the people he loves.

As years passed, we spent more time together, we celebrated our own birthdays together, our children's communion and confirmation. Eventually, we went on vacation with John, Vicky, ███ and two other families. We went to Aruba in 2018 and to Disney in 2019. This past summer, John and Vicky took ███ on vacation to Virginia, they asked if my son ███ and two other friends would be able to go with them. Without any hesitation, my husband and I said yes. We had no doubt that our son would be in excellent hands with John and Vicky.

We call ourselves "Friends like Family" and that is the truth. We know that we can count on John for anything. We look to John with admiration, and we respect his opinions and knowledge. John is a good man with a big heart, he is generous, kind, and dedicated to his family. Please take these positive attributes into consideration when it comes to his sentencing.

Thank you for taking the time to read my letter.

*Linda A Gallelli*

Linda A. Gallelli

October 4, 2022
The Honorable Judge Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, New York, 11722

Dear Honorable Judge Brown,

My name is Melissa Polito, I am a wife of 12 years, a mother of 3 beautiful daughters, and a friend of John Drago - I am honored to write on his behalf.

I have had the pleasure of knowing John for about ten years now. We first were introduced through my friendship with his wife, Victoria Drago. Knowing Vicky as someone I respected and admired, I knew her husband would not be any different, so when we first met I was not surprised. He was a well-rounded, educated, and successful businessman. However, that is not what impressed me. I found John to be a kind and generous man. There has never been a time when he didn't have a smile on his face followed by a funny joke or something positive to say. A small detail to some but that taught me something. He showed me that no matter what you may be going through it's all about your thoughts. Knowing that John had a winning attitude, I often looked to him for help in better understanding business. One of the things that I admire most and have massive respect for is how John stays spiritually grounded and stands behind values and morals - something that is not so easily done in today's society.

I recently had the privilege to celebrate the Sweet 16 of John's stepdaughter with the family and I could not help but have tears in my eyes. The words that his stepdaughter had spoken and the love and admiration she has as if he were her biological father is a true testament to the man he is. This world needs more men like John Drago.

I thank you for your time and consideration.

Sincerely,

*Melissa Polito signature*

Melissa Polito

June 7, 2022
The Honorable Judge Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, New York, 11722

Dear Honorable Judge Brown,

My name is Mercedes Ramirez and I have been working at Pro-Vest as a Legal Process Clerk for about 9 years. I am writing this letter to attest that I have known John Drago for almost 14 years, and I can say that he is a responsible, honest, respectful man who is always willing to help others. He became part of my family when he married my daughter and since then he has always been the support and provider of his family. He has given unconditional love to my daughter and granddaughter. Over the years he has proven to be a good husband and a good father and has always been willing to provide the necessary help for all of us around him.

He was a great help to my son when, due to circumstances beyond his control, he had to leave the school district in which he was studying, and John gave him the opportunity to pay the tuition for the two years he needed to graduate from high school and from which he graduated with honors.

John Drago is part of our family and an unconditional support for my daughter and granddaughter. He has always treated them with respect, love and has provided them with all the well-being they have needed. He is a good man, with good moral values, with a compassionate heart, is a very religious man, very responsible and always willing to help his community, his friends and especially his family. This is especially true of his mother who is diagnosed with dementia, whom he has been an unconditional support and help for her under these circumstances. He has taken care of her with care and ensures that she lacks nothing. Despite the circumstances which he has found himself dealing with this court case over the past many years that has had an extremely detrimental impact on his life, he has always been there and continues to be there for those in his life who need it without any hesitation.

I appeal to you to find it in your heart to give John Drago the opportunity to continue serving and helping his family that needs him so much. Thank you for your time and attention.

Sincerely,

Mercedes Ramirez

The Honorable Judge Gary Brown

United States Courthouse (Eastern District of New York)

100 Federal Plaza

Central Islip, New York, 11722

Dear Honorable Judge Brown,

    Our names are Daniel, Michael, Matthew, Christopher, and Emily, and we represent the nephews and nieces of John Drago. We are writing this letter requesting leniency for our uncle, who has always been a big part of our life. John is an extremely intelligent, hardworking, and caring individual, and has always been a role model for us as we've grown up and begun to establish ourselves in society. We all share a special and close relationship with John, and he has been the godfather or sponsor for many of us due to his exemplar character and strong commitment to faith.

    John is an extremely family-oriented man, and he shows that in the actions that he performs. Spending time at our Uncle's house was a formative part of our childhood and we hold fond memories of various holidays together to our heart to this day. Growing up, John would gift us some amazing Christmas presents, host family gatherings, and more recently, he has graciously hosted some important milestone events within our lives like graduation and engagement events. John never had to do any of these things for us, yet he always relished in putting a smile on our faces and celebrating important milestones in our own lives. Further, he shows this in the many acts that he performs for our grandmother with dementia, where he always ensures to stop by even if just for a family lunch or speak with her for hours on the phone to see how she is doing. John has shown such great patience, diligence, and care for our grandmother, and has always gone the extra mile to provide her with much needed company to enhance her mood even on her most difficult of days, and to make sure that she is comfortable and safe through making important modifications in her home environment.

    When thinking of our Uncle's character, one act of kindness that sticks out was when his daughter ▅▅▅ had to get braces. As a young kid, this is a big change to your appearance and oftentimes opens you up to bullying. ▅▅▅ was scared of how she'd look and what the other kids at school would think. So, Uncle John decided to get braces, right alongside her. He, as a 50 or so year old professional man, was willing to commit to something like this, just to make her not feel alone.

Sincerely,

Daniel Picchiello    Michael Picchiello    Matthew Picchiello    Christopher Picchiello    Emily Picchiello

The Honorary Judge

Gary Brown

United States Courthouse (Eastern District of New York)

100 Federal Plaza

Central Islip, New York, 11722

La **FAMILIA TRUJILLO ESTRADA**, con ciudadanía Colombiana y residentes en la Ciudad de Cali-Colombia Carrera 114B No. 17 – 120 Apto. 302B Barrio Ciudad Jardín, conformada por **JOSE DAVID TRUJILLO PARRA** Cédula No. 16.672.259 de Cali, Asesor de Seguros, **BLANCA LIGIA ESTRADA ALZATE** con Cédula No. 31.865.344 de Cali, Contadora de la Empresa Programas Y Servicios Pecuarios S.A.S., **ISABELLA TRUJILLO ESTRADA** con Cédula No.1.006.011.811 de Cali, Estudiante de Medicina en La Universidad Javeriana de Cali-Colombia, damos fe y constancia que conocemos AL SEÑOR **JOHN A DRAGO** desde hace más o menos diez (10) años por intermedio de nuestra sobrina VICTORIA DRAGO, quien es la esposa de John A Drago, con el cual hemos compartido en su casa siempre que vamos a E.E.U.U., y donde nos acoge con mucho cariño, respeto y amabilidad. En este tiempo hemos podido conocer a John como un gran Hijo, Esposo, Padre, Hermano, Amigo, una persona maravillosa, honorable la cual Dios ha dado unos dones como son su calidad humana, caritativo colocando su granito de arena donde pueda hacerlo y se le necesite, pues tenemos conocimiento sobre sus obras de caridad aquí en Colombia, le pedimos a Dios que le cuide y le proteja para que siga con ese legado tan hermoso de querer siempre ayudar a las personas. Damos muchas gracias a Dios por Ese gran esposo que le dio a nuestra sobrina Victoria Drago y a su vez por el padre que ha sido para ▮▮▮▮ gracias por ese valioso amigo que llego a nuestra familia el cual queremos, admiramos y esperamos poder seguir contando con su valiosa amistad y seguir compartiendo momentos maravillosos

Para constancia de lo anterior se firma en Cali a los 7 días del mes de septiembre de 2022.

**JOSE DAVID TRUJILLO PARRA**
C.C. 16.672.259 CALI
CELULAR: 315 551 61 07

**BLANCA LIGIA ESTRADA ALZATE**
C.C. 31.865.344 CALI
CELULAR: 315 572 76 31

**ISABELLA TRUJILLO ESTRADA**
C.C. 1.006.011.811 CALI
CELULAR: 317 331 44 77

English Translation

Cali, September 7, 20222

The Honorary Judge
Gary Brown
United States Courthouse (Eastern District of New York)
100 Federal Plaza
Central Islip, NY  11722

The **Trujillo Estrada** family with Colombian citizenship, residing in the City of Cali in Colombia, Carrera 114B no. 14-120 Apt. 302B in the neighborhood of Cuidad Jardin, comprised of **Jose David Trujillo Parra** with Identification Card No. 16.672.259 of Cali, an Insurance Advisor; **Blanca Ligia Estrada Alzate** with Identification Card No. 31.865.344 of Cali, Accountant for Empresa Programas & Servicios Pecuarios S.A.S.; **Isabelle Trujillo Estrada** with Identification Card No. 1.006.011.811 of Cali, a Medical Student at La Universidad Javeriana de Cali, Colombia; with faith we give testimony that we know **Mr. John A. Drago** more or less than ten (10) years through our niece, Victoria Drago who is the wife of John A. Drago and with whom we have stayed in his home every time we have gone to the USA and which he welcomes us with fondness, respect and kindness.  During this time, we have come to know John as a great son, husband, father, brother, and friend.  A wonderful, honorable person whom God has given some gifts such as his human quality, charitable in placing his grain of sand where he can do it and is needed, because we know about his charitable works here in Colombia, we ask God to take care of him and protect him so that he continues with that beautiful legacy of always wanting to help people. We thank God very much for that great husband he gave to our niece, Victoria Drago, and in turn for the father he has been to ▬▬▬▬, thanks for that valuable friend who came to our family whom we love, admire and hope to continue counting on his valuable friendship and continue sharing wonderful moments.

For proof of the above, it is signed in Cali on September 7, 2022

Jose David Trujillo Parra
C.C. 16.672.259 Cali
Cell:  315.551.61.07

Blanca Ligia Estrada Alzate
C.C. 31.865.344 Cali
Cell:  315.572.76.31

Isabella Trujillo Estrada
C.C. 1.006.011.811 Cali
Cell:  317.331.44.77

October 5, 2022

Honorable Judge Brown,

Below I (the defendant) have transcribed two recent voicemails left by my mother, both of which were received not long after leaving her house. Dad passed away almost 6 years ago, but before he died, he insisted I promise that I would keep my mom in her home until her time arrived.. Subsequently, I installed security cameras in her house that my sister and I monitor 24/7, and we take turns visiting her (I visit 3 to 4 times per week). Mom has dementia and quickly forgets our visits and our phone calls, but I have come to realize that the "feelings" she derives from those visits last much longer than the memory, often for many hours. I've taken up writing lately and have two books which I plan to pursue publishing once any penal confinement is behind me, but my experiences with mom have inspired me to consider a third book, this one focused on what I have learned from dealing with dementia..

Getting back to mom, she is 85 and her dementia is slowly but progressively worsening. My sister and I have tried visiting nurses as well as a live-in, but those were disasters at the time, as mom was not yet ready and still has deep seated trust issues. Mom maintains her hygiene and eats when she is hungry. She takes good care of her two cats, even though she doesn't remember how they got there. On every visit I check her blood pressure and her weight, and I call her multiple times a day to guide her through how to get her pills from the automatic pill dispenser. For now, we seem to have things in order, and dad's last request is being fulfilled.

My biggest concern is what would happen to mom if I were no longer there for her. At her present level, she unfortunately appears to trust only me, and my regular visits and phone calls are necessary to reassure her and help keep her feeling safe and secure. I dread the thought of what her final days would be like as collateral damage for punishment that only I deserve. I am hoping that her needs at this time in her life can override any benefits society might derive through my imprisonment..

Mom calls a lot, and I can't field every call she makes. Two very typical voice messages are transcribed below, but the actual voice messages are worth listening to, as one can sense her contentment, even though she doesn't remember that I just moments before left her presence.

**September 29, 2022, shortly after I left mom's house and on my way home**: Hello from me, and I promise this is the last time because I keep thinking it's not going through, it's not going through. Please go out to dinner, make it a really, really, good dinner, because you are so great you help me so much and you don't know it's what I know I need, and you just come and do it like you know. Please, make me happy and take your beautiful wife and yourself out and have something delicious, you know, want to be bold, go to a good, good place, have a delicious, delicious dinner because I love you so much for all you do for me and I want to say thank you, thank you, thank you, thank you, thank you. Thank you. I love you. Now I promise you I'm not calling anymore. I'm counting on you and it's very hard to wait for the telephone company to

say OK he got this and then I even wonder, what is this? So please, just call. Please enjoy it. I love you, bye.

**October 2, 2022, once again shortly after I left mom's house:** Hello, it's me. Um, I know you have my number, you, I'm your mother. Do you remember me? You have a black cat sister, and you know I don't see anybody else (referring to her other cat) I just see the black cat here, which I kind of don't know. I don't know anything, to tell you the truth, but there's only one person that I really feel, I'm not being dramatic, but I can trust, and who really cares about me, and I think it's you. I think Mary, unfortunately, I'm practical, is out for her own good. And, whoever I'm dealing with, I, the only time I feel comfortable is when I am talking to you. So, sometime, if you have a chance, without making it look ugly or anybody saying what are you doing, could you give me a buzz? I love you, take care.

I dread the idea that mom would suffer for my mistakes.

Thank you for your consideration,

*John A. Drago*
John A. Drago, POA for Elvira Rose Drago